NORTH AMERICAN FACTORS CORP., Respondent, v. MOTTY EITINGON, INC., Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

ANNA CASELLA et al., Appellants, v. HI-VUE DAIRY FARMS, INC., et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

In the Matter of 255 EAST 125TH STREET CORP., Appellant, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

In the Matter of the Estate of SARA C. STILLWELL, Deceased. RICHARD S. STILLWELL, Respondent; ELIZABETH A. SCHILLER, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

BENNINGTON CORPORATION, Respondent, v. CITATION FABRICS CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

HARON H. ZAKKAI, Respondent, v. NISSAM DAVID et al., Appellants.— Order so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

FRANK KAFTEL, Respondent, v. SAILING P. BARUCH et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.